**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| A BURNETT, LLC, INVESTORY REALTY, INC and VINCENTE MENDOZA,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY and STATE FARM INDEMNITY COMPANY,<br><br>Defendants. | Civil Action No. 23-00920 (BRM-CLW)<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiffs A Burnett, LLC., Investors Realty, Inc., and Vincente Mendoza ("Plaintiffs") previously dismissed their claims against Defendant State Farm Indemnity Company with prejudice (ECF no. 14), and Plaintiffs now agree to dismiss their claims against Defendant State Farm Fire and Casualty Company with prejudice;

**NOW, THEREFORE, PLAINTIFFS HEREBY STIPULATE AND AGREE**, pursuant to Fed. R. Civ. P. 41(a), that the within action be and is hereby voluntarily dismissed in its entirety with prejudice, and without costs to any party.

| | |
|---|---|
| **Levy & Borukh, PLLC**<br>Attorneys for Plaintiffs<br>  A Burnett, LLC, Investors Realty, Inc.<br>  and Vincente Mendoza<br><br>By: /s/ *Moshe Borukh*<br>      Moshe Borukh<br><br>Dated:  August 14, 2023 | **Windels Marx Lane & Mittendorf, LLP**<br>Attorneys for Defendant<br>  State Farm Fire and Casualty Company<br><br>By: /s/ *David F. Swerdlow*<br>     David F. Swerdlow |

SO ORDERED, this  14th  day of August, 2023:

_____
**Hon. Brian R. Martinotti, U.S.D.J.**